## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TRUSTEES of the IAM NATIONAL PENSION FUND,<br><br>Plaintiff,<br><br>v.<br><br>M & K EMPLOYEE SOLUTIONS, LLC; M & K EMPLOYEE SOLUTIONS, LLC-ALSIP; M & K EMPLOYEE SOLUTIONS, LLC-ILLINOIS LEASING; M & K EMPLOYEE SOLUTIONS, LLC-JOLIET; M & K EMPLOYEE SOLUTIONS, LLC-NORTHERN ILLINOIS; M & K EMPLOYEE SOLUTIONS, LLC-SUMMIT; XYZ CORPORATIONS 1-10; and JOHN and JANE DOES 1-10,<br><br>Defendants. | Case No. 20-cv-00433 |

## [PROPOSED] ORDER

This matter is before the Court on Defendants' Consent Motion for Extension of Time to File Responsive Pleading to Plaintiff's First Amended Complaint. For good cause shown, the Court Orders the following:

1.     Defendants' Motion is GRANTED and Defendants are granted an extension of time, until September 29, 2020, to file their answer or otherwise plead to Plaintiff's First Amended Complaint.

IT IS SO ORDERED.

Dated:_____8/14/20_____               _____
                                                           The Honorable U.S. District Judge for the District of Columbia