# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TRUSTEES of the IAM NATIONAL PENSION FUND,<br><br>                    Plaintiffs,<br><br>v.<br><br>M & K EMPLOYEE SOLUTIONS, LLC; M & K EMPLOYEE SOLUTIONS, LLC-ALSIP; M & K EMPLOYEE SOLUTIONS, LLC-ILLINOIS LEASING; M & K EMPLOYEE SOLUTIONS, LLC-JOLIET; M & K EMPLOYEE SOLUTIONS, LLC-NORTHERN ILLINOIS; M & K EMPLOYEE SOLUTIONS, LLC-SUMMIT; M & K QUALITY TRUCK SALES OF ALSIP, LLC; M & K QUALITY TRUCK SALES OF JOLIET, LLC; M & K QUALITY TRUCK SALES OF NORTHERN ILLINOIS, LLC; M & K QUALITY TRUCK SALES OF SUMMIT, LLC; XYZ CORPORATIONS 1-10; and JOHN and JANE DOES 1-10,<br><br>                    Defendants. | Case No. 1:20-cv-00433-RCL |

## APPEARANCE OF COUNSEL

To:   The Clerk of Court

Donald J. Vogel
dvogel@scopelitis.com

William H. Shawn
wshawn@shawncoulson.com

Anthony S. Cacace
acacace@proskauer.com

Guy Brenner
gbrenner@proskauer.com

Neil V. Shah
nshah@proskauer.com

Steve Oster
soster@ostermcbride.com

I, Lynn W. Esp, am admitted pro hace vice to practice in this Court and I appear in this case as counsel for: M & K Quality Truck Sales of Alsip, LLC; M & K Quality Truck Sales of Joliet, LLC, M & K Quality Truck Sales of Northern Illinois, LLC; and M & K Quality Truck Sales of Summit, LLC.

**Date: 12/1/2020**

_____
**Attorney's Signature**

Lynn Esp, Michigan Bar: P83512;  Illinois Bar:  6202375
**Printed name and bar number**

4350 Clyde Park Avenue,
SW Wyoming, MI 49509
**Address:**

lynn.esp@mktruck.com
**Email address**

(616)-485-7312
**Telephone number**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TRUSTEES of the IAM NATIONAL PENSION FUND, <br><br> Plaintiff, <br><br> v. <br><br> M & K EMPLOYEE SOLUTIONS, LLC, *et al.*, <br><br> Defendants. | Case no: 1:20-cv-00433-RCL |

[Proposed] ORDER

This matter is before the Court on Plaintiff's Consent Motion to admit Lynn Esp *pro hac vice* as counsel to Defendants M&K Quality Truck Sales of Alsip, LLC; M & K Quality Truck Sales of Joliet, LLC; M & K Quality Truck Sales of Northern Illinois, LLC; and M & K Quality Truck Sales Of Summit, LLC. Upon consideration thereof, the Court finds that the motion should be **GRANTED**.

Accordingly, it is hereby

**ORDERED**, that Plaintiffs' motion is **GRANTED**; and it is further

**ORDERED**, that the Clerk of the Court shall enter Ms. Esp on the docket as counsel for M&K Quality Truck Sales of Alsip, LLC; M & K Quality Truck Sales of Joliet, LLC; M & K Quality Truck Sales of Northern Illinois, LLC; and M & K Quality Truck Sales Of Summit, LLC.

**DONE** and **ORDERED** this 18th day of September, 2020.

_____
ROYCE C. LAMBERTH
Senior United States District Judge

-2-

## **CERTIFICATE OF SERVICE**

I certify that I filed the attached Entry of Appearance using the Court's CM/ECF system and thereby served all counsel of record.

December 2, 2020	*/s/ Steven M. Oster*
Steven M. Oster