## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

-------------------------------------------------------------------X

TRUSTEES of the IAM NATIONAL PENSION FUND,

                                 Plaintiffs,

                   - against -

M & K EMPLOYEE SOLUTIONS, LLC; M & K EMPLOYEE SOLUTIONS, LLC-ALSIP; M & K EMPLOYEE SOLUTIONS, LLC-ILLINOIS LEASING; M & K EMPLOYEE SOLUTIONS, LLC-JOLIET; M & K EMPLOYEE SOLUTIONS, LLC-NORTHERN ILLINOIS; M & K EMPLOYEE SOLUTIONS, LLC-SUMMIT; M & K QUALITY TRUCK SALES OF ALSIP, LLC; M & K QUALITY TRUCK SALES OF JOLIET, LLC; M & K QUALITY TRUCK SALES OF NORTHERN ILLINOIS, LLC; M & K QUALITY TRUCK SALES OF SUMMIT, LLC; LABORFORCE, LLC; XYZ CORPORATIONS 1-10; and JOHN and JANE DOES 1-10,

                             Defendants.

No.: 1:20-cv-00433-RCL

-------------------------------------------------------------------X

## ORDER AND PRELIMINARY INJUNCTION

**WHEREAS**, Defendant M & K Employee Solutions, LLC-Alsip ("M&K Employees Alsip") effectuated a complete withdrawal from the IAM National Pension Fund (the "Fund") as of December 31, 2018;

**WHEREAS**, on June 14, 2019, the Fund assessed M&K Employees Alsip with $6,158,482 in withdrawal liability, payable in twenty (20) quarterly installments of $352,721, and a final payment of $31,709, with the first payment due on or before August 13, 2019;

**WHEREAS**, on September 19, 2019, the Fund notified M&K Employees Alsip that it failed to timely make its first interim withdrawal liability payment and offered it an opportunity to cure the default;

**WHEREAS**, on September 10, 2020, the Fund notified M&K Employees Alsip that its withdrawal liability had been accelerated, and demanded immediate payment of $6,158,482;

**WHEREAS**, Defendants M & K Employee Solutions, LLC ("M&K Employee Solutions"), M & K Employee Solutions, LLC-Illinois Leasing ("M&K Employees Illinois Leasing"), M & K Employee Solutions, LLC-Joliet ("M&K Employees Joliet"), M & K Employee Solutions, LLC-Northern Illinois ("M&K Employees Northern Illinois"), and M & K Employee Solutions, LLC-Summit ("M&K Employees Summit") were all trades or business under common control with M&K Employees Alsip as of December 31, 2018;

**WHEREAS**, Defendant Laborforce, LLC ("Laborforce") had notice of the withdrawal liability and substantially continued the operations of M&K Employees Alsip and Summit, and is therefore their successor;

**WHEREAS**, on April 1, 2021, Plaintiffs, the Trustees of the Fund, filed a Motion for an Order to Show Cause for Entry of a Preliminary Injunction (the "Motion") seeking an order preliminary enjoining and ordering Defendants M&K Employee Solutions, M&K Employees Alsip, Illinois Leasing, Joliet, Northern Illinois, and Summit, and Laborforce to pay to the Fund $6,158,482.00 in interim withdrawal liability, $1,231,696.40 in liquidated damages, $399,736.80 in interest accrued through April 1, 2021, and additional amounts to be determined of interest, attorneys' fees, and costs;

**WHEREAS**, to date, no amounts have been paid toward the outstanding withdrawal liability;

**WHEREAS**, it has been determined that Plaintiffs are likely to succeed on the merits, that Plaintiffs are likely to suffer irreparable harm in the absence of preliminary injunctive relief,

that the balance of equities tips in Plaintiffs' favor, and that an injunction is in the public interest; and

**WHEREAS**, Plaintiffs have properly effectuated service of the Motion and Order to Show Cause.

**NOW, THEREFORE, IT IS on this _____ day of APRIL, 2021, ORDERED:**

1. The Motion is GRANTED.

2. Pursuant to Federal Rule of Civil Procedure 65 and Local Rule 65.1 of the District Court for the District of Columbia, Defendants M&K Employee Solutions, M&K Employees Alsip, Illinois Leasing, Joliet, Northern Illinois, and Summit, and Laborforce are preliminarily enjoined and ordered to pay immediately to the Fund the sum of $7,790,188.20, consisting of $6,158,482.00 in interim withdrawal liability; $1,231,696.40 in liquidated damages; $399,736.80 in interest accrued through April 1, 2021; an additional $528.46 per day for each day between April 1, 2021 and the date of entry of this Order and Preliminary Injunction; and amounts to be determined of attorneys' fees and costs, based on a subsequent application to be submitted by the Plaintiffs.

3. Pursuant to Federal Rule of Civil Procedure 65(c), the security bond is waived.

4. Pursuant to Federal Rule of Civil Procedure 65(d)(2), this Order and Preliminary Injunction is binding on Defendants M&K Employee Solutions, M&K Employees Alsip, Illinois Leasing, Joliet, Northern Illinois, and Summit, and Laborforce; their respective officers, agents, servants, employees, and attorneys; and all persons who are in active concert or participation with any of the foregoing.

SO ORDERED this ___ day of April, 2021

_____
Royce C. Lamberth
United States District Judge

**Names of Persons to be Notified of Entry:**

Anthony S. Cacace (admitted *pro hac vice*)
Neil V. Shah (admitted *pro hac vice*)
**PROSKAUER ROSE LLP**
Eleven Times Square
New York, NY 10036
(212) 969-3000
acacace@proskauer.com
nshah@proskauer.com

Guy Brenner (D.C. Bar # 491964)
**PROSKAUER ROSE LLP**
1001 Pennsylvania Ave, N.W.
Suite 600 South
Washington, D.C. 20004
(202) 416-6830
gbrenner@proskauer.com

*Counsel for the Plaintiffs*

William H. Shawn (DC Bar # 198416)
**SHAWNCOULSON, LLP**
1320 19th Street NW, Suite 601
Washington, D.C. 20036
(202) 331-7900
wshawn@shawncoulson.com

Donald J. Vogel (admitted *pro hac vice*)
**SCOPELITIS, GARVIN, LIGHT,
HANSON & FEARY, P.C.**
30 West Monroe Street, Suite 1600
Chicago, Illinois 60603
(312) 255-7178
dvogel@scopelitis.com

*Counsel for:*
*M & K EMPLOYEE SOLUTIONS, LLC*
*M & K EMPLOYEE SOLUTIONS, LLC-ALSIP*
*M & K EMPLOYEE SOLUTIONS, LLC-ILLINOIS LEASING*
*M & K EMPLOYEE SOLUTIONS, LLC-JOLIET*
*M & K EMPLOYEE SOLUTIONS, LLC-NORTHERN ILLINOIS*
*M & K EMPLOYEE SOLUTIONS, LLC-SUMMIT*

Steven M. Oster (DC Bar # 376030)
**OSTER MCBRIDE PLLC**
1320 19th Street NW, Suite 601
Washington, D.C. 20036
(202) 596-5291
soster@ostermcbride.com

Lynn W. Esp (admitted *pro hac vice*)
4350 Clyde Park Avenue
SW Wyoming, MI 49509
(616) 485-7312
lynn.esp@mktruck.com

*Counsel for:*
*M & K QUALITY TRUCK SALES OF ALSIP, LLC*
*M & K QUALITY TRUCK SALES OF JOLIET, LLC*
*M & K QUALITY TRUCK SALES OF NORTHERN ILLINOIS, LLC*
*M & K QUALITY TRUCK SALES OF SUMMIT, LLC*