UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TRUSTEES OF THE IAM NATIONAL PENSION FUND,<br><br>    *Plaintiffs*,<br><br>v.<br><br>M & K EMPLOYEE SOLUTIONS, LLC, *et al.*,<br><br>    *Defendants*. | Case No. 1:20-cv-433 (RCL) |

# ORDER

For the reasons set forth in the accompanying Memorandum Opinion, the Court hereby

    **DENIES** defendant Laborforce's motion [71] to dismiss;

    **DENIES** the Trustees' motion [77] for contempt against M & K Employees Northern Illinois and Chad Boucher;

    **DENIES** the Trustees' motion [78] for contempt against Laborforce and Rainelle Jansma;

    **DENIES** defendants' joint motion [89] for protective order;

    **GRANTS** the Trustees' motion [90] to compel, and **SANCTIONS** defendants for failing to appear for previously-scheduled depositions by awarding attorneys' fees;

    **GRANTS** the Trustees' motion [91] for leave to file a Fourth Amended Complaint; and

    **DENIES** defendants' joint motion [100] for partial summary judgment.

The Court further **ORDERS** the Trustees to brief the Court on the proposed amount of attorneys' fees expended in preparing for the aborted depositions within fourteen days of this Order.

It is **SO ORDERED**.

Date: February 28, 2022

_____
Hon. Royce C. Lamberth
United States District Judge