AO 440 (Rev. 06/12; DC 3/15) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| TRUSTEES of the IAM NATIONAL PENSION FUND <br><br> *Plaintiff(s)* <br> v. <br> M&K EMPLOYEE SOLUTIONS, LLC, et al. <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 1:20-cv-00433-RCL |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  M & K Employee Services, Inc.
c/o The Corporation Company
40600 Ann Arbor Road E, Suite 201
Plymouth, Michigan 48170-4675

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Anthony S. Cacace, Esq.
Neil V. Shah, Esq.
PROSKAUER ROSE LLP
Eleven Times Square
New York, NY 10036
(212) 969-3000

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

ANGELA D. CAESAR, CLERK OF COURT

Date: 3/1/2022



/s/Jackie Francis

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:20-cv-00433-RCL

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* M & K Employee Services, Inc.
was received by me on *(date)* March 1, 2022 .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Kathleen Hunter (Intake Specialist) , who is designated by law to accept service of process on behalf of *(name of organization)* The Corporation Company at 40600 Ann Arbor Rd ste. 201 Plymouth MI, 48170 on *(date)* March 1,2022 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: March 1,2022

*Denise Miller*
Server's signature

Denise Miller (Process Server)
Printed name and title

36500 Ann Arbor Rd ste. 118 Westland Mi, 48185
Server's address

Additional information regarding attempted service, etc:
Description: White female, approx 55 yrs, 5'5" , 170 lbs, and Blonde hair. .