UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

------------------------------------------------------------------X
TRUSTEES of the IAM NATIONAL PENSION
FUND,

                              Plaintiffs,        No.: 1:20-cv-00433-RCL

                - against -

M & K EMPLOYEE SOLUTIONS, LLC; M & K
EMPLOYEE SOLUTIONS, LLC-ALSIP; M & K
EMPLOYEE SOLUTIONS, LLC-ILLINOIS
LEASING; M & K EMPLOYEE SOLUTIONS,
LLC-JOLIET; M & K EMPLOYEE SOLUTIONS,
LLC-NORTHERN ILLINOIS; M & K EMPLOYEE
SOLUTIONS, LLC-SUMMIT; M & K QUALITY
TRUCK SALES OF ALSIP, LLC; M & K QUALITY
TRUCK SALES OF JOLIET, LLC; M & K QUALITY
TRUCK SALES OF NORTHERN ILLINOIS, LLC;
M & K QUALITY TRUCK SALES OF SUMMIT,
LLC; LABORFORCE, LLC; M & K EMPLOYEE
SERVICES, INC.; CHAD BOUCHER; and JODI
BOUCHER,

                              Defendants.
------------------------------------------------------------------X

## [PROPOSED] JUDGMENT

**WHEREAS**, on September 18, 2023, the Court entered a Memorandum Opinion and Order (ECF Nos. 191-192), granting summary judgment to Plaintiffs, the Trustees of the IAM National Pension Fund (the "Fund"), and directing the Clerk of Court to enter judgment for Plaintiffs on Counts I-IV, VI-VIII, and X of the Fifth Amended Complaint (ECF No. 143);

**WHEREAS**, as of October 2, 2023, the amount of the judgment totals $13,015,609.50, as itemized in the table below:

|  | Withdrawal Liability | Delinquent Contributions |
|---|---|---|
| Principal | $6,078,739.00 | $442,556.40 |
| Interest | $1,767,692.81 | $580,574.74 |
| Liquidated Damages | $3,565,472.81 | $580,574.74 |
| TOTAL | $11,411,903.62 | $1,603,705.88 |

**WHEREAS**, on or about October 2, 2023, $13,015,609.50 was paid to the Fund in satisfaction of the withdrawal liability, delinquent contributions, interest, and liquidated damages that had accrued as of that date.

**NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, and DECREED** that for the reasons stated in the Court's September 18, 2023 Memorandum Opinion:

1. Judgment in the amount of $11,411,903.62 is hereby entered against the following Defendants, who are jointly and severally liable for unpaid withdrawal liability, interest, and liquidated damages:

   a. M & K Employee Solutions, LLC;

   b. M & K Employee Solutions, LLC – Alsip;

   c. M & K Employee Solutions, LLC – Illinois Leasing;

   d. M & K Employee Solutions, LLC – Joliet;

   e. M & K Employee Solutions, LLC – Northern Illinois;

   f. M & K Quality Truck Sales of Alsip, LLC;

   g. M & K Quality Truck Sales of Joliet, LLC;

   h. M & K Quality Truck Sales of Northern Illinois, LLC;

   i. M & K Employee Services, Inc.;

   j. Chad Boucher; and

   k. Jodi Boucher.

2. Judgment in the amount of $13,015,609.50 is hereby entered against the following Defendants, who are jointly and severally liable for unpaid withdrawal liability, delinquent contributions, interest, and liquidated damages:

    a. M & K Employee Solutions, LLC – Summit;

    b. M & K Quality Truck Sales of Summit, LLC; and

    c. Laborforce, LLC.

3. Count V of the Fifth Amended Complaint is hereby dismissed without prejudice.

4. Pursuant to Federal Rule of Civil Procedure 62(a), execution on this Judgment and proceedings to enforce it are stayed for 30 days after entry of this Judgment.

5. Pursuant to Federal Rule of Civil Procedure 54(d), any motion for attorneys' fees and costs shall be filed within fourteen (14) days of entry of this Judgment.

SO ORDERED this 3rd day of Oct., 2023

                                              Hon. Royce C. Lamberth
                                              United States District Judge